**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE and UNITED BIOLOGICS, LLC D/B/A UNITED ALLERGY SERVICES.** | § § § § § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| **SUPERIOR HEALTHPLAN, INC. and CENTENE CORP.** | § § | **5:17-CV-01122-FB (HJB)** |
| | § | |
| **Defendants.** | § | |

**PLAINTIFFS' DESIGNATION OF REBUTTAL TESTIFYING EXPERTS**

Plaintiffs Academy of Allergy & Asthma in Primary Care ("AAAPC") and United

Biologics, LLC d/b/a United Allergy Services ("UAS") (collectively "Plaintiffs") hereby file this

designation of testifying experts in rebuttal to the experts designated by Defendants Superior

HealthPlan, Inc. and Centene Corp.

Plaintiffs designate the following rebuttal experts:

1. Michael D. Miscoe, JD, CPC, CASCC, CUC, CCPC, CPCO, CPMA, CEMA, AAPC
   Fellow
   Practice Masters, Inc.
   1032 Peninsula Drive
   Central City, PA 15926
   (814) 754-1550

Mr. Miscoe will rebut the testimony of Peter R. Kongstevedt, M.D. and David Bernstein,

M.D. consistent with his opinions described in his prior report. Mr. Miscoe's qualifications,

including a list of all publications authored in the previous 10 years, as well as a list of all other

cases in which Mr. Miscoe has testified as an expert at trial or by deposition during the previous

4 years, have previously been provided. The compensation to be paid for Mr. Miscoe's work and testimony is described in his prior report.

2.  Dr. Donald House, Sr.
    RRC, Inc., President
    3000 Briarcrest Drive Suite 600
    Bryan TX 77802
    (979) 774-4477

Dr. House will rebut the testimony of Subramaniam Ramanarayanan, Ph.D. consistent with his opinions described in his prior report. Dr. House's qualifications, including a list of all publications authored in the previous 10 years, as well as a list of all other cases in which Dr. House has testified as an expert at trial or by deposition during the previous 4 years, have previously been provided. The compensation to be paid for Dr. House's work and testimony is described in his prior report.

3.  Jonathan M. Orszag
    Senior Managing Director
    Compass Lexecon, LLC
    2029 Century Park East, Suite 1280
    Los Angeles, CA 90067
    (310) 728-2022 main

Mr. Orzag will rebut the testimony of Subramanian Ramanarayanan, PhD consistent with his opinions described in his prior report. Mr. Orszag's qualifications, including a list of all publications authored in the previous 10 years, as well as a list of all other cases in which Mr. Orszag has testified as an expert at trial or by deposition during the previous 4 years, have previously been provided. The compensation to be paid for Mr. Orszag's work and testimony is described in his prior report.

In addition, it is anticipated that some fact witnesses not retained or specially employed for the purpose of rendering expert testimony on behalf of Plaintiffs may give testimony in the nature of an opinion or a combination of fact and opinion testimony in their respective

-2-

disciplines, and that such testimony would be based on their education, experience, and training.

These witnesses include:

1. Dr. Frederick Schaffer
   c/o Casey Low
   Pillsbury, Winthrop, Shaw, & Pittman, LLP
   401 Congress Ave., Suite 1700
   Austin, TX 78701
   (512) 580-9600

Dr. Schaffer will rebut the opinion of David Bernstein, M.D. and Peter R. Kongstevedt, M.D. consistent with the prior disclosure of his expected testimony.

Plaintiffs have served on Defendants, but will not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B). Consistent with Fed. R. Civ. P. Plaintiffs reserve the right to supplement these disclosures and designate additional experts after the conclusion of depositions and as additional facts are learned in discovery.

DATED:  October 6, 2020.

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:  /s/ Casey Low
     Casey Low
     Texas Bar No. 24041363
     Dillon J. Ferguson
     Texas Bar No. 06911700
     Benjamin L. Bernell
     Texas Bar No: 24059451
     401 Congress Ave., Suite 1700
     Austin, Texas 78701-4061
     Phone: (512) 580-9600
     Fax:     (512) 580-9601
     casey.low@pillsburylaw.com
     dillon.ferguson@pillsburylaw.com
     ben.bernell@pillsburylaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' designation of rebuttal testifying experts been served on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) on October 6, 2020.


/s/ Casey Low
Casey Low


Tricia R. DeLeon
Gemma Rose Galeoto
HOLLAND & KNIGHT, LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Tricia.deleon@hklaw.com
Gemma.galeoto@hklaw.com

L. Bradley Hancock
Theresa Wanat
HOLLAND & KNIGHT, LLP
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
Brad.hancock@hklaw.com
Theresa.wanat@hklaw.com

Gregory J. Casas
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
casasg@gtlaw.com

Steven M. Cady
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
scady@wc.com